**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 00-7410**

---

IRVING D. CHAPPELL,

                               Petitioner - Appellant,

    versus

MICHAEL F. EASLEY,

                               Respondent - Appellee.

---

Appeal from the United States District Court for the Middle District of North Carolina, at Durham.  N. Carlton Tilley, Jr., Chief District Judge.  (CA-00-138-1)

---

Submitted:  November 9, 2000      Decided:  November 16, 2000

---

Before WILKINS, WILLIAMS, and MOTZ, Circuit Judges.

---

Dismissed by unpublished per curiam opinion.

---

Irving D. Chappell, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Irving D. Chappell seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 2000) for his failure to obtain authorization under 28 U.S.C.A. § 2244 (West Supp. 2000) to file a successive petition. We have reviewed the record and the district court's opinion adopting the magistrate judge's recommendation and find no reversible error. Accordingly, we deny the motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Chappell v. Easley, No. CA-00-138-1 (M.D.N.C. Sept. 25, 2000). We also deny Chappell's motion for the appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2